VINCENT A. LOWE, Plaintiff in Error, *v.* THE PEOPLE, Defendants in Error.

### ERROR TO KANKAKEE.

A party who is indicted for obstructing a road, cannot be convicted for continuing an obstruction. These are distinct offenses.

THIS was an indictment for obstructing a highway, leading from Vincennes, in the State of Indiana, to Chicago, in the State of Illinois, found and tried in the Circuit Court of Kankakee county. The plaintiff in error was found guilty.

The opinion of the Court fully explains all there is in the case.

PADDOCK, MURRAY, BENFIELD, and URI OSGOOD, for Plaintiff in Error.

D. P. JONES, States' Attorney, for The People.

CATON, C. J. The defendant was indicted for obstructing a road. The evidence showed that he was guilty of continuing an obstruction in a road, and the court by its instructions held, that he might be convicted under this indictment, for continuing an obstruction. In this, the court was in error. The statute has made these acts two distinct offenses. Upon an indictment for one offense, it would be as improper to convict for the other as it would to convict for poisoning springs of water, or any other of the numerous offenses specified in the same section of the statute.

The judgment is reversed, and the cause remanded.

*Judgment reversed.*